# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00389-CV

### In re Centroplex Automobile Recovery, Inc.

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Centroplex Automobile Recovery, Inc. has filed a petition for a writ of mandamus challenging the district court's order granting Prime, Inc.'s motion to disqualify counsel dated May 23, 2006. Relator also filed a motion to seal certain documents. We grant the motion to seal and deny the petition for writ of mandamus. Tex. R. App. P. 52.

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   July 13, 2006